Claude Wayland, Appellee, v. City of Chicago, Appellant.

Gen. No. 41,411.

Heard in second division, first district, this court
at October term, 1940; opinion filed July 1, 1941. Barnet Hodes, Corporation Counsel, for appellant; J. Herzl Segal, Adam E. Patterson, L.
Louis Karton, Sydney R. Drebin and Louis H. Geiman, Assistant Corporation Counsel, of counsel; Irving G. Zazove and Charney & Servos,
for appellee. Opinion by PRESIDING JUSTICE FRIEND. "Not to be
published in full."